UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOLANDA SANTIAGO,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.                                 Case No.: 2:22-cv-21-KCD

CONCIERGE SENIOR LIVING,
LLC and SENIOR CARE
RESIDENCES SAPPHIRE LAKES
AT NAPLES, LLC.,

    Defendants.
_____/

## ORDER

Before the Court is the parties' joint notice stating that the claims period closed and "an Order dismissing the case with prejudice should be entered by the Court." (Doc. 44.) Having reviewed the docket, the Court agrees. Nothing remains to be done to effectuate the parties' collective-action settlement. Accordingly, this matter is dismissed with prejudice and the Clerk is directed to enter judgment, terminate all deadlines, and close the case.

**ENTERED** in Fort Myers, Florida this February 2, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record